**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 02-6029**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

JAMES T. FRENCH, SR.,

Defendant - Appellant.

---

Appeal from the United States District Court for the Western District of Virginia, at Charlottesville. James H. Michael, Jr., Senior District Judge. (CR-95-64-JHM)

---

Submitted: July 18, 2002                    Decided: July 23, 2002

---

Before WIDENER, LUTTIG, and GREGORY, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

James T. French, Sr., Appellant Pro Se. Ray B. Fitzgerald, Jr., OFFICE OF THE UNITED STATES ATTORNEY, Charlottesville, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

James T. French, Sr., seeks to appeal the district court's order denying his motion filed pursuant to Rule 12(b)(2) of the Federal Rules of Criminal Procedure. We have reviewed the record and the district court order and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See United States v. French</u>, No. CR-95-64-JHM (W.D. Va. Nov. 19, 2001). We also deny French's motion for appointment of counsel and for a copy of the record on appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>